IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 16-64294-JRS |
| Rashaeda Diandra Goodwin, | * | |
| AKA Rashaeda Diandra Jones, | * | |
| | * | CHAPTER: 13 |
| | * | |
| | * | |
| Debtor | * | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Rashaeda Diandra Goodwin filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy procedure, any creditor or other party in interest opposing this proposed modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which their proposed Modification was filed. The proposed modification was filed on __7/31/2020__. If the twenty-third day after the date of service falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**

**US Courthouse**
**Clerks Office Room 1340**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

5543 Katherine Village Drive Ellenwood GA, 30294.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification in Court Room **1404** (14th Floor) of the US Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA  30303, at **10:10AM**, on **September 8, 2020**. **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C.§1329(b)(2) as part of the Confirmed Plan without further order or notice.**

**"Given the current public health crisis, hearings may be telephonic only.  Please check the ["Important Information Regarding Court Operations During COVID-19 Outbreak"](#) tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."**

DATED: 7/31/2020

/s/ _____
Brian M. Shockley, GA Bar No. 643752
Attorneys for Debtor

Clark & Washington PC
3300 NE Expy NE - Bldg 3
Atlanta, Ga. 30341
(P) 404-522-2222
(F) 770-220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 16-64294-JRS |
| Rashaeda Diandra Goodwin, | * | |
| AKA Rashaeda Diandra Jones, | * | |
| | * | CHAPTER: 13 |
| Debtor | * | |

## POST-CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR ITS APPROVAL

Rashaeda Diandra Goodwin Debtor, proposes to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

## MODIFICATION OF PLAN

Rashaeda Diandra Goodwin Debtor, hereby modifies the Chapter 13 Plan as follows:

1.

Debtor modifies the Chapter 13 Plan paragraph 2 – Plan Payments and Length of Plan, to **(DECREASE)** Plan payment from **$1165.00** to **$665.00 per month retroactive to December 2019 as the nfs purchased a new vehicle..**

2.

Debtor modifies the Chapter 13 Plan paragraph 10 – Other Provisions, to **(ADD)** the following:

(B). Other direct payments to creditors.  **Debt owed to the United States department of Education shall be paid direct when due.**

WHEREFORE Debtor prays:

(a)   That this "Post-Confirmation Modification of Plan and Request for its Approval" be filed, read and considered;

(b)   That this Honorable Court grant this Modification; and,

(c)   That this Honorable Court grants such other and further relief as it may deem just and proper.

        Respectfully Submitted,
/s/
Brian M. Shockley, GA Bar No. 643752
Attorneys for Debtor

Clark & Washington PC
3300 NE Expy NE - Bldg 3
Atlanta, Ga. 30341
(P) 404-522-2222
(F) 770-220-0685

## CERTIFICATE OF SERVICE

I the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Post-Confirmation Modification of Plan and Request for its Approval" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Rashaeda Diandra Goodwin
5543 Katherine Village Drive
Ellenwood GA, 30294

I further certify that Nancy J Whaley, the Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, In the same manner, I served the parties listed on the attached matrix at the addresses indicated therein,

DATED: 7/31/2020

/s/ _____
Brian M. Shockley, GA Bar No. 643752
Attorneys for Debtor

Clark & Washington PC
3300 NE Expy NE - Bldg 3
Atlanta, Ga. 30341
(P) 404-522-2222
(F) 770-220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 16-64294-JRS |
| Rashaeda Diandra Goodwin, | * | |
| AKA Rashaeda Diandra Jones, | * | |
| | * | CHAPTER:   13 |
| | * | |
| | * | |
| Debtor | * | |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, Rashaeda Diandra Goodwin, hereby certify under penalty of perjury that I have direct knowledge of the information in the attached pleading and it is true and correct to my best belief.

Signed: s/_____          Date:  7/29/2020
         Rashaeda Diandra Goodwin

```
Label Matrix for local noticing          Heather D. Bock                           Capital One
113E-1                                   McCalla Raymer Leibert Pierce LLC         Po Box 30285
Case 16-64294-jrs                        1544 Old Alabama Road                     Salt Lake City, UT 84130-0285
Northern District of Georgia             Roswell, GA 30076-2102
Atlanta
Thu Jul 30 12:46:16 EDT 2020

Capital One Bank (USA), N.A.             (p)JPMORGAN CHASE BANK  N A               E. L. Clark
PO Box 71083                             BANKRUPTCY MAIL INTAKE TEAM               Clark & Washington, LLC
Charlotte, NC  28272-1083                700 KANSAS LANE FLOOR 01                  Bldg. 3
                                         MONROE LA 71203-4774                      3300 Northeast Expwy.
                                                                                   Atlanta, GA 30341-3932

Fed Loan Servicing                       Financial Data Systems                    (p)GEORGIA DEPARTMENT OF REVENUE
Po Box 69184                             Attn: Managing Officer/Agent              COMPLIANCE DIVISION
Harrisburg, PA 17106-9184                1638 Military Cutoff Rd                   ARCS BANKRUPTCY
                                         Wilmington, NC 28403-5751                 1800 CENTURY BLVD NE SUITE 9100
                                                                                   ATLANTA GA 30345-3202

Rashaeda Diandra Goodwin                 IC Systems, Inc                           IRS
5543 Katherine Village Drive             Po Box 64378                              401 W. Peachtree St., NW
Ellenwood, GA 30294-6609                 Saint Paul, MN 55164-0378                 Stop #334-D
                                                                                   Room 400
                                                                                   Atlanta, GA 30308

A. Michelle Hart Ippoliti                Maria C. Joyner                           LVNV Funding
McCalla Raymer Leibert Pierce, LLC       Nancy J. Whaley,                          Po Box 10497
1544 Old Alabama Road                    Standing Chapter 13 Trustee               Greenville, SC 29603-0497
Roswell, GA 30076-2102                   Suite 120
                                         303 Peachtree Center Avenue
                                         Atlanta, GA 30303-1286

LVNV Funding, LLC its successors and assigns  Michael J. McCormick                 Ciro A. Mestres
assignee of FNBM, LLC                    McCalla Raymer Leibert Pierce, LLC        McCalla Raymer Leibert Pierce, LLC
Resurgent Capital Services               1544 Old Alabama Road                     1544 Old Alabama Road
PO Box 10587                             Roswell, GA 30076-2102                    Roswell, GA 30076-2102
Greenville, SC 29603-0587

Nationstar Mortgage LLC                  (p)NATIONSTAR MORTGAGE LLC                Nissan Motor Acceptance
8950 Cypress Waters Blvd                 PO BOX 619096                             POB 660366
Coppell, TX 75019-4620                   DALLAS TX 75261-9096                      Dallas, TX  75266-0366

Nmac                                     Pediatrix Medical Group                   Piedmont Healthcare, Inc.
Po Box 660360                            c/o JoAnn Carlheim                        P.O. Box 102859
Dallas, TX 75266-0360                    Patient Financial Service Manager         Atlanta, GA 30368-2859
                                         PO Box 100445
                                         Atlanta GA 30384-0445

Santander Consumer USA                   John D. Schlotter                         Synchrony Bank/Walmart
Santander Consumer USA                   McCalla Raymer Pierce, LLC                Po Box 965064
Po Box 961245                            1544 Old Alabama Road                     Orlando, FL 32896-5064
Fort Worth, TX 76161-0244                Roswell, GA 30076-2102

U. S. Attorney                           U.S. Department of Education              Nancy J. Whaley
600 Richard B. Russell Bldg.             C/O FedLoan Servicing                     Nancy J. Whaley, Standing Ch. 13 Trustee
75 Ted Turner Drive, SW                  P.O. Box 69184                            303 Peachtree Center Avenue
Atlanta GA 30303-3315                    Harrisburg, PA  17106-9184                Suite 120, Suntrust Garden Plaza
                                                                                   Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Georgia Department of Revenue<br>Accounts Receivable Collection Section<br>1800 Century Blvd. NE<br>Suite 9100<br>Atlanta, GA 30345 | Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, Texas 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC | (u)Nationstar Mortgage LLC dba Mr. Cooper | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     2<br>Total                  31 |